UNITED STATES OF AMERICA
DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

Docket No.
04CV11468

Lucia Enica                    )
                               )
           Plaintiff           )
                               )
                               )
                               )
        v.                     )
                               )
                               )
Anthony J. Principi, as he is Secretary )
of the Department of Veteran Affairs    )
et al.                         )
                               )
           Defendants          )
                               )

## RETURN OF SERVICE

I Sanford A. Kowal, hereby say that I mailed on August 11, 2004, to each of the persons listed on the cover letter attached, the documents described, certified mail return receipt requested, and received the return receipts from each, a true copy of the face of each of which is attached hereto and made a part hereof.

I declare under the penalties of perjury, under the laws of the United States of America this 27th day of August 2004, that the foregoing information contained in the return of service is true and correct.

_____
Sanford A. Kowal

**SANFORD A. KOWAL**
ATTORNEY AT LAW
56 CHESTNUT HILL AVENUE • BOSTON, MASSACHUSETTS 02135
TELEPHONE: 617 562 8100 • FAX:: 617 562 0069
E-MAIL: SANKOW@MSN.COM

August 11, 2004

Civil Process Clerk
Office of the United States Attorney
U.S. Courthouse, #9200
1 Courthouse Way,
Boston, Ma. 02210
Certified Mail No. Z441 649 619

Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue N. W.
Washington D. C. 20530-0001
Certified Mail No. Z 441 649 616

Secretary Anthony J. Principi
Department of Veterans Affairs
810 Vermont Ave. N. W.
Washington, D.C. 204020
Certified Mail No. Z 441 649 617

Re: <u>Enica vs. Anthony J. Principi as he is Secretary of the Department
    of Veteran Affairs et al, U.S.
District Ct, Eastern Division of Massachusetts., No. O4CV 11468</u>

Dear Sirs;

    Would you kindly find enclosed, a Complaint, Amended Complaint, and Summons for each Defendant, as service upon the addressees in the above in the above matter.

    Thank you for your anticipated cooperation.

Very truly yours,

Sanford A. Kowal

cc. Client
Encl.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
VA
810 Vermont Ave
Washington DC
20420

4a. Article Number
Z 441 649 617

4b. Service Type
☐ Registered          ☑ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

RECEIVED
AUG 17 2004

5. Received By: (Print Name)
DEPARTMENT OF VETERANS AFFAIRS
OFFICE OF THE SECRETARY

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994          102595-97-B-0179    Domestic Return Receipt

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
US
Dept of Justice
950 Penn Ave NW
Washington DC
20530

4a. Article Number
Z 441 649 618

4b. Service Type
☐ Registered          ☐ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)
AUG 16 2004

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994          102595-97-B-0179    Domestic Return Receipt

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
US Attorney
US Courthouse #2100
1 Courthouse Way
Boston, MA 02210
Attn: Civil Process Clerk

4a. Article Number
Z 441 649 619

4b. Service Type
☐ Registered          ☑ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

102595-97-B-0179    Domestic Return Receipt

# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ MASSACHUSETTS _____

LUCIA ENICA

V.

**SUMMONS IN A CIVIL CASE**

ANTHONY J. PRINCIPI AS HE IS
SECRETARY OF VETERAN AFFAIRS,
AND THE DEPARTMENT OF VETERAN AFFAIRS

CASE NUMBER:

TO: (Name and address of Defendant)

ANTHONY J. PRINCIPI, AS HE IS SECRETARY OF VETERAN AFFAIRS
and the DEPARTMENT OF VETERAN AFFAIRS, 810 Vemont Ave. N. W.
Washington, D. C. 20420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sanford A. Kowal, Esq., 56 Chestnut Hill Ave. Boston, Ma. 02135

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                          DATE

(By) DEPUTY CLERK