UNITED STATES OF AMERICA
DISTRICT COURT OF THE DISTRICT OF MASSACHUSETTS

```
_____
                                      )
LUCIA ENICA,                          )
     Plaintiff,                       )
                                      )
v.                                    ) Docket No. 04CV11468
                                      )
ANTHONY J. PRINCIPI as he is          )
SECRETARY OF VETERAN AFFAIRS OF THE   )
DEPARTMENT OF VETERAN AFFAIRS, and    )
THE DEPARTMENT OF VETERAN AFFAIRS     )
OF THE UNITED STATES,                 )
     Defendants.                      )
_____ )
```

**MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE**

The United States respectfully requests that the Court continue the Scheduling Conference in the above-captioned matter, currently scheduled for November 30, 2004, to December 9, 2004, at 3:00 p.m.  The United States requests this continuance because AUSA Damian Wilmot, lead attorney for the United States in this matter, will be out of the State from November 30, 2004, until December 3, 2004.  Counsel for the Plaintiff has assented to this Motion.

                                                    Respectfully submitted,

                                                    MICHAEL J. SULLIVAN
                                                    United States Attorney

                                      By:   /s/ Damian W. Wilmot
                                                    DAMIAN W. WILMOT
                                                    Assistant U.S. Attorney
                                                    Moakley Federal Courthouse
                                                    One Courthouse Way, Suite 9200
                                                    Boston, MA  02210
                                                    (617) 748-3398

Dated: November 22, 2004

## **CERTIFICATE OF SERVICE**

    I certify that on November 22, 2004, I caused a copy of the foregoing Motion to be served on Plaintiff's Attorney, Sanford Kowal, 56 Chestnut Hill Avenue, Boston MA 02135, by facsimile and first class mail, postage pre-paid.

                                             /s/ Damian W. Wilmot
                                             DAMIAN W. WILMOT
                                             Assistant U.S. Attorney