```
                    UNITED STATES OF AMERICA
         DISTRICT COURT OF THE DISTRICT OF MASSACHUSETTS
```

_____
                                    )
LUCIA ENICA,                        )
    Plaintiff,                      )
                                    )
v.                                  ) Docket No. 04CV11468
                                    )
ANTHONY J. PRINCIPI as he is        )
SECRETARY OF VETERAN AFFAIRS OF THE )
DEPARTMENT OF VETERAN AFFAIRS, and  )
THE DEPARTMENT OF VETERAN AFFAIRS   )
OF THE UNITED STATES,               )
    Defendants.                     )
_____)

## PROPOSED JOINT RULE 16.1 STATEMENT

The parties in this action submit the following Proposed Joint Statement pursuant to Local Rule 16.1 and the Court's Order.

1. **Proposed Discovery Plan**:

    a. Automatic disclosure statements and discovery shall be served on or before January 21, 2004;

    b. All interrogatories and request for production of documents shall be served by June 2, 2005;

    c. Any Amendments pursuant to Fed. R. Civ. P. 15 shall be made by March 28, 2005;

    d. All depositions shall be completed by August 29, 2005; and

    e. A final pretrial conference shall be scheduled after decisions are rendered on a motion for summary judgment.

2. **Number of Depositions**

   a. The plaintiff intends to take written discovery and depose any fact witnesses identified by the defendant.

   b. Defendant intends to depose plaintiff and any witnesses she identifies as to her damages (the defendant may depose any fact witnesses that are no longer employees of the defendant).

   Since no discovery has yet occurred, the Defendant cannot identify possible deponents with greater specificity at this time.

3. **Consent to Trial By Magistrate**

   a. The plaintiff does not consent to a trial by Magistrate in this case.

   b. The defendant does not consent to a trial by Magistrate in this case.

4. **Proposed Schedule for Motions**

   a. All dispositive motions are to be filed by October 31, 2005.

5. **Designation of Experts**

   a. Expert witnesses shall be identified by the parties by May 2, 2005.

   b. If necessary, the opposing party shall have until June 6, 2005 in which to identify an expert.

   c. If necessary, expert interrogatories shall be

    served within one month following the opposing party's disclosure of expert witnesses.

5.  **Final Pre-Trial Conference**

  a.  The Final Pretrial Conference will be scheduled by the Court following all hearings on dispositive motions.

    Respectfully submitted,

| | |
|---|---|
| LUCIA ENICA, | ANTHONY PRINCIPI, SECRETARY OF THE DEPARTMENT OF VETERANS AFFAIRS, |
| | By his Attorneys, |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Sanford Kowal<br>Sanford Kowal<br>56 Chestnut Hill Avenue<br>Boston MA 02135<br>(617) 562-8100 | /s/ Damian W. Wilmot<br>Damian W. Wilmot<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02110<br>(617) 748-3398 |

**CERTIFICATE OF SERVICE**

Suffolk, ss.        Boston, Massachusetts
              December 7, 2004

 I certify that on December 7, 2004, I caused a copy of the foregoing Proposed Joint Rule 16.1 Motion to be served on Plaintiff's Attorney, Sanford Kowal, 56 Chestnut Hill Avenue, Boston MA 02135, by first class mail, postage pre-paid.

            /s/ Damian W. Wilmot
            DAMIAN W. WILMOT
            Assistant U.S. Attorney

**<u>LOCAL RULE 7.1 CERTIFICATION</u>**

    I, Damian Wilmot, Assistant United States Attorney, do hereby state that on December 7, 2004, I spoke with Attorney Sanford Kowal, counsel for the Plaintiff, and he assented to me signing his name to this Proposed Joint Rule 16.1 Motion.

                                      /s/ Damian W. Wilmot
                                      DAMIAN W. WILMOT
                                      Assistant U.S. Attorney