```
                    UNITED STATES OF AMERICA
            DISTRICT COURT OF THE DISTRICT OF MASSACHUSETTS
_____
                                   )
LUCIA ENICA,                       )
     Plaintiff,                    )
                                   )
v.                                 ) Docket No. 04CV11468 - DPW
                                   )
ANTHONY J. PRINCIPI as he is       )
SECRETARY OF VETERAN AFFAIRS OF THE)
DEPARTMENT OF VETERAN AFFAIRS, and )
THE DEPARTMENT OF VETERAN AFFAIRS  )
OF THE UNITED STATES,              )
     Defendants.                   )
_____)
```

**DEFENDANTS' CERTIFICATION OF COMPLIANCE**
**WITH LOCAL RULE 16.1(D)(3)**

Defendants hereby certify, pursuant to Local Rule 16.1(D)(3), that they have conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

```
DEPARTMENT OF VETERANS AFFAIRS       UNITED STATES OF AMERICA,
By their attorney,                   By its attorney,

ALAN L. ROSENMAN, ESQ.               MICHAEL J. SULLIVAN
                                     United States Attorney

By:  /s/ Alan Rosenman               By: /s/ Damian W. Wilmot
     Alan Rosenman, Esq.                 Damian W. Wilmot
     Office of Regional Counsel          Assistant U.S. Attorney
     200 Springs Road, Bldg. 61          1 Courthouse Way., Ste 9200
     Bedford, MA 01730                   Boston, MA  02210
     (781) 687-3600                      (617) 748-3398
```

Dated: December 28, 2004