UNITED STATES OF AMERICA
DISTRICT COURT OF THE DISTRICT OF MASSACHUSETTS

_____
                                        )
LUCIA ENICA,                            )
     Plaintiff,                         )
                                        )
v.                                      ) Docket No. 04CV11468
                                        )
ANTHONY J. PRINCIPI as he is            )
SECRETARY OF VETERAN AFFAIRS OF THE     )
DEPARTMENT OF VETERAN AFFAIRS, and      )
THE DEPARTMENT OF VETERAN AFFAIRS       )
OF THE UNITED STATES,                   )
     Defendants.                        )
_____)

## MOTION FOR EXTENSION OF PRETRIAL DEADLINES

The parties in the above-captioned matter respectfully move the Court to extend the remaining deadlines established by the Court's pre-trial order dated December 9, 2004, for a period of ninety (90) days.  Specifically, the parties request that the Court extend the deadline for discovery and depositions, which is currently August 29, 2005, to November 28, 2005.  Also, the parties request that the Court extend the deadline for dispositive motions, which is currently October 3, 2005, to January 2, 2006.  The parties state that they have been exploring the possibility of settlement and, thus, have for the time being postponed scheduled depositions.  In order for the parties to have sufficient time to discuss settlement, to save the cost and expense of depositions while discussing settlement, and to have sufficient time to complete discovery if a settlement cannot be reached, the parties request that the remaining pre-trial

deadlines be continued for ninety (90) days.

                                                Respectfully submitted,

| LUCIA ENICA, | ANTHONY PRINCIPI, SECRETARY OF THE DEPARTMENT OF VETERANS AFFAIRS, |
|---|---|
| | By his Attorneys, |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Sanford Kowal<br>Sanford Kowal, Esq.<br>56 Chestnut Hill Avenue<br>Boston MA 02135<br>(617) 562-8100 | /s/ Damian W. Wilmot<br>Damian W. Wilmot, Esq.<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02110<br>(617) 748-3398 |

**CERTIFICATION UNDER L.R. 7.1**

     I certify that in accordance with Local Rule 7.1, on August 26, 2005, I have conferred with Plaintiff's counsel and he gave me permission to sign his name.

                                                /s/ Damian W. Wilmot<br>
                                                DAMIAN W. WILMOT<br>
                                                Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

     I certify that on August 26, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff's Attorney, Sanford Kowal, 56 Chestnut Hill Avenue, Boston MA 02135, by first class mail, postage pre-paid.

                                                /s/ Damian W. Wilmot<br>
                                                DAMIAN W. WILMOT<br>
                                                Assistant U.S. Attorney