## UNITED STATES OF AMERICA
### DISTRICT COURT FOR THE EASTERN DISTRICT OF MASSACHUSETTS

Docket No.
04CV 11468

| | |
|---|---|
| **Lucia Enica** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| **Anthony J. Principi as he is Secretary of Veterans Affair** of the Department of Veteran Affairs, and The **Department of Veteran Affairs of The United States** | ) |
| | ) |
| Defendants | ) |

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO COUNT I, ORAL HEARING

Now come the plaintiff and moves for partial summary judgment as to the liability issue in Count I of the complaint.

In support thereof the plaintiff submits the following:

1. Plaintiff Counsel's Affidavit.

2. Statement of Material Facts, Local Rule 56 .1

3. Plaintiff's Memorandum of Law.

**Request oral hearing**.

```
                                    The Plaintiff
                                    By his Attorney


                                    /s/ Sanford A. Kowal

                                    Sanford A. Kowal
                                    BBO No. 278420
                                    56 Chestnut Hill Avenue
                                    Boston, Ma. 02135
                                    617 562 8100
                                    E-mail: SANKOW@MSN.COM
```

Case 1:04-cv-11468-DPW     Document 12     Filed 12/13/2005     Page 2 of 2