UNITED STATES OF AMERICA
DISTRICT COURT FOR THE EASTERN DISTRICT OF MASSACHUSETTS

Docket No.
04CV 11468

| | |
|---|---|
| **Lucia Enica** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| **Anthony J. Principi as he is** | ) |
| **Secretary of Veterans Affair** of the | ) |
| Department of Veteran Affairs, and | ) |
| The **Department of Veteran Affairs of** | **)** |
| **The United States** | ) |
| | ) |
| Defendants | ) |
| | ) |

### AFFIDAVIT OF PLAINTIFF'S COUNSEL

I, Sanford A. Kowal counsel for the plaintiff do swear as follows:

1. A 'true copy' of the complete 'Decision of the Department of Labor' at issue in this matter referenced as Exhibit 'A' is attached.

2. The said 'Decision' was not further appealed from the Hearing Officer, to the Secretary of Labor by the plaintiff or the defendants, but instead was complied with by the defendants.

**Signed under the pains and penalties of perjury based on my personal knowledge this 7th day of December 2005.**

/s/ Sanford A. Kowal

Sanford A. Kowal
BBO No. 278420
56 Chestnut Hill Avenue
Boston, Ma. 02135
617 562 8100
e mail: SANKOW@MSN.COM

**SENT TO CLERK'S OFFICE**

Exhibit 'A'

/s/ Sanford A. Kowal
_____
Sanford A. Kowal
BBO No. 278420
56 Chestnut Hill Avenue
Boston, Ma. 02135
617 562 8100
e mail: SANKOW@MSN.COM

2