```
                    UNITED STATES OF AMERICA
              DISTRICT COURT OF THE DISTRICT OF MASSACHUSETTS
```

```
_____
                                     )
LUCIA ENICA,                         )
     Plaintiff,                      )
                                     )
v.                                   ) Docket No. 04CV11468-DPW
                                     )
ANTHONY J. PRINCIPI as he is         )
SECRETARY OF VETERAN AFFAIRS OF THE  )
DEPARTMENT OF VETERAN AFFAIRS, and   )
THE DEPARTMENT OF VETERAN AFFAIRS    )
OF THE UNITED STATES,                )
     Defendants.                     )
_____)
```

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR,
<u>IN THE ALTERNATIVE, FILE A MOTION FOR SUMMARY JUDGMENT</u>**

Defendant in the above-captioned matter respectfully moves the Court for an extension of time to respond to Plaintiff's motion for summary judgment, which she filed on December 13, 2005, until January 31, 2006.  As grounds therefore, it appeared to the Defendant that the Court terminated Plaintiff's motion on December 14, 2005, and, therefore, did not draft an opposition.  However, because the Plaintiff has filed subsequent documents pertaining to the terminated motion, the Defendant is unclear as to the status of the motion with the Court.  Therefore, to the extent the Plaintiff's motion is active before the Court, the Defendant requests an extension of time up until January 31, 2006, to file its opposition.  The Plaintiff assents to this request.

In the alternative, to the extent Plaintiff's motion is

indeed terminated, the Defendant requests an extension of the deadline on depositive motions, which is currently January 3, 2006, to January 31, 2006, in order to file a motion for summary judgement.  The parties had been exploring the possibility of settlement, but they have not been able to reach an agreement.

    Respectfully submitted,

    ANTHONY PRINCIPI, SECRETARY OF THE DEPARTMENT OF VETERANS AFFAIRS,

    By his Attorneys,

    MICHAEL J. SULLIVAN
    United States Attorney

    /s/ Damian W. Wilmot
    Damian W. Wilmot, Esq.
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02110
    (617) 748-3398

**CERTIFICATION UNDER L.R. 7.1**

I certify that in accordance with Local Rule 7.1, on December 13 and 28, 2005, Plaintiff's counsel assented to the government's motion above.

    /s/ Damian W. Wilmot
    DAMIAN W. WILMOT
    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I certify that on December 28, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff's Attorney, Sanford Kowal, 56 Chestnut Hill Avenue, Boston MA 02135, by first class mail, postage pre-paid.

    /s/ Damian W. Wilmot
    DAMIAN W.  WILMOT
    Assistant U.S. Attorney