```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
LUCIA ENICA,                  )
                              )
     Plaintiff,               )
                              )    Docket No. 04CV11468-DPW
     v.                       )
                              )
ANTHONY J. PRINCIPI, Secretary)
of Veterans Affairs of the    )
Department of Veterans        )
Affairs,                      )
                              )
     Defendant.               )
                              )
_____)
```

### DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant, Anthony J. Principi, the Secretary of the Department of Veteran Affairs, by his attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, hereby cross-moves for summary judgment on all of Plaintiff Lucia Encia's claims. In support of this Motion, Defendant submits the accompanying Memorandum of Law in Support of its Cross-Motion for Summary Judgment, which sets forth the Government's arguments in detail.

```
                              Respectfully submitted,

                              Michael J. Sullivan
                              United States Attorney

                         BY:  /s/ Damian W. Wilmot
                              DAMIAN W. WILMOT
                              Assistant U.S. Attorney
                              Moakley Federal Courthouse
                              One Courthouse Way, Suite 9200
                              Boston, MA 02110
Dated: January 31, 2006       (617) 748-3398
```

**CERTIFICATE OF SERVICE**

    I certify that on January 31, 2006, I caused a copy of the foregoing document to be served on Plaintiff's Attorney, Sanford Kowal, 56 Chestnut Hill Avenue, Boston MA 02135, by first class mail, postage pre-paid.

                                        /s/ Damian W. Wilmot
                                        DAMIAN W. WILMOT
                                        Assistant U.S. Attorney

**CERTIFICATION UNDER L.R. 7.1**

    I certify that in accordance with Local Rule 7.1, I have conferred with Plaintiff's counsel and he has no objection to the filing of the above motion.

                                        /s/ Damian W. Wilmot
                                        DAMIAN W. WILMOT
                                        Assistant U.S. Attorney