```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
LUCIA ENICA,                  )
                              )
    Plaintiff,                )
                              )   Docket No. 04CV11468-DPW
    v.                        )
                              )
ANTHONY J. PRINCIPI, Secretary)
of Veterans Affairs of the    )
Department of Veterans        )
Affairs,                      )
                              )
    Defendant.                )
                              )
_____)
```

## DEFENDANT'S MOTION FOR LEAVE TO FILE
## MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES

Defendant, Anthony J. Principi, the Secretary of the Department of Veteran Affairs, by his attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, hereby moves for leave from Local Rule 7.1(B)(4) to file a Memorandum of Law in Support of its Cross-Motion for Summary Judgment that exceeds twenty (20) pages.  The government believes that the memorandum, which is only thirty (30) pages, clarifies the issues before the Court and will assist it in reaching a decision on the parties' motions for summary judgment.

```
                              Respectfully submitted,

                              Michael J. Sullivan
                              United States Attorney

                    BY:    /s/ Damian W. Wilmot
                           DAMIAN W. WILMOT
                           Assistant U.S. Attorney
                           Moakley Federal Courthouse
                           One Courthouse Way, Suite 9200
                           Boston, MA 02110
Dated: January 31, 2006    (617) 748-3398
```

**CERTIFICATE OF SERVICE**

    I certify that on January 31, 2006, I caused a copy of the foregoing document to be served on Plaintiff's Attorney, Sanford Kowal, 56 Chestnut Hill Avenue, Boston MA 02135, by first class mail, postage pre-paid.

```
                               /s/ Damian W. Wilmot
                              DAMIAN W.  WILMOT
                              Assistant U.S. Attorney
```

**CERTIFICATION UNDER L.R. 7.1**

    I certify that in accordance with Local Rule 7.1, on January 31, 2006, I have conferred with Plaintiff's counsel and he assents to the above motion.

```
                               /s/ Damian W. Wilmot
                              DAMIAN W. WILMOT
                              Assistant U.S. Attorney
```