```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
_____
                            )
LUCIA ENICA,                )
                            )
      Plaintiff,            )
                            )   Docket No. 04CV11468-DPW
      v.                    )
                            )
ANTHONY J. PRINCIPI, Secretary)
of Veterans Affairs of the  )
Department of Veterans      )
Affairs,                    )
                            )
      Defendant.            )
                            )
_____)
```

## DEFENDANT'S STATUS REPORT

Pursuant to this Court's Electronic Order dated December 9, 2004, Defendant, Anthony J. Principi, the Secretary of the Department of Veteran Affairs, hereby provides this Court with notice regarding the current status of the above-captioned action.

As an initial matter, Defendant states that he, by his attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, attempted to contact Plaintiff's counsel so that the parties could file this report jointly, but was unsuccessful in reaching him.

Defendant served Plaintiff with its initial disclosures and written discovery on January 21, 2005. Plaintiff served Defendant with her discovery responses on May 13, 2005, and with her initial disclosures on May 17, 2005. Subsequently, the parties explored the possibility of settlement and, therefore,

jointly moved to extend the deadline for discovery and depositions from August 29, 2005, to November 28, 2005. The parties, however, were unable to resolve the action. Therefore, Defendant deposed the Plaintiff on November 9, 2005. Defendant does not intend on conducting any additional discovery. Plaintiff did not serve Defendant with written discovery or take any depositions.

On December 13, 2005, Plaintiff moved for partial summary judgment with regards to Count I of her Complaint on the grounds that findings of fact made by a Department of Labor workers compensation officer collaterally estops the VA from litigating Plaintiff's failure to accommodate claim before this Court. On January 31, 2006, Defendant opposed Plaintiff's motion for partial summary judgment and cross-moved for summary judgment on all of Plaintiff's claims on the grounds, *inter alia*, that Plaintiff cannot prove a prima facie case for a failure to accommodate claim or a retaliation claim. Both motions are currently pending before the Court.

Defendant proposes that the Court schedule a final pretrial conference to take place sixty days after rendering decisions on the pending motions for summary judgment and a trial for some date thereafter.

```
                              Respectfully submitted,

                              Michael J. Sullivan
                              United States Attorney

                       BY:    /s/ Damian W. Wilmot
                              DAMIAN W. WILMOT
                              Assistant U.S. Attorney
                              Moakley Federal Courthouse
                              One Courthouse Way, Suite 9200
                              Boston, MA 02110
Dated: February 16, 2006      (617) 748-3398
```

## CERTIFICATE OF SERVICE

I certify that on February 16, 2006, I caused a copy of the foregoing document to be served on Plaintiff's Attorney, Sanford Kowal, 56 Chestnut Hill Avenue, Boston MA 02135, by first class mail, postage pre-paid.

```
                              /s/ Damian W. Wilmot
                              DAMIAN W.  WILMOT
                              Assistant U.S. Attorney
```