## UNITED STATES OF AMERICA
### DISTRICT COURT FOR THE EASTERN DISTRICT OF MASSACHUSETTS

Docket No.
04CV 11468

| | |
|---|---|
| **Lucia Enica** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| **Anthony J. Principi as he is** | ) |
| **Secretary of Veterans Affair** of the | ) |
| Department of Veteran Affairs, and | ) |
| The **Department of Veteran Affairs of** | ) |
| **The United States** | ) |
| | ) |
| Defendants | ) |

### PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO CROSS MOTION FOR SUMMARY JUDGMENT

1. Now come the plaintiff and moves leave to extend time to respond to defendants cross motions for summary judgment until Monday March 27, 2006.
2. The Motion is assented to.

Reasons: The plaintiff needs more time to research factual issues and legal issue to respond to complex position of the government. A single practitioner and is also preparing an appeal and responding to another such motion in same time span.

```
                    The Plaintiff
                    By his Attorney


                    /s/ Sanford A. Kowal
_____
                    Sanford A. Kowal
                    BBO No. 278420
                    56 Chestnut Hill Avenue
                    Boston, Ma. 02135
                    617 562 8100
                    E-mail: SANKOW@MSN.COM
```

2