UNITED STATES OF AMERICA
DISTRICT COURT FOR THE EASTERN DISTRICT OF MASSACHUSETTS

Docket No.
04CV 11468

| | |
|---|---|
| **Lucia Enica** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| **Anthony J. Principi as he is** | ) |
| **Secretary of Veterans Affair** of the | ) |
| Department of Veteran Affairs, and | ) |
| The **Department of Veteran Affairs of** | ) |
| **The United States** | ) |
| | ) |
| Defendants | ) |

**PLAINTIFF'S MOTION TO EXTEND TIME FOR STATUS CONFERENCE, AND FOR PRETRIAL CONFERENCE**

1. Now come the plaintiff and moves leave to extend time for status conference scheduled for February 23, 2006 and for

2. Pretrial conference until 60 days following this court's actions on summary judgment motions of both parties. This is same as suggested by U. S. Attorney in Status Memo.

Reasons: Plaintiff has asked for assented to leave to respond to cross motion for summary judgment of defendants until March 27, 2006. Both parties have filed summary judgment motions and they may be dispositive of the case. There should be no need for status conference until these matters are heard. If denied then Pretrial should be scheduled.

```
                                The Plaintiff
                                By his Attorney


                                /s/ Sanford A. Kowal
                                _____
                                Sanford A. Kowal
                                BBO No. 278420
                                56 Chestnut Hill Avenue
                                Boston, Ma. 02135
                                617 562 8100
                                E-mail: SANKOW@MSN.COM
```