UNITED STATES OF AMERICA
DISTRICT COURT FOR THE EASTERN DISTRICT OF MASSACHUSETTS

Docket No.
04CV 11468

| | |
|---|---|
| **Lucia Enica** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| **Anthony J. Principi as he is** | ) |
| **Secretary of Veterans Affair** of the | ) |
| Department of Veteran Affairs, and | ) |
| The **Department of Veteran Affairs of** | **)** |
| **The United States** | ) |
| | ) |
| Defendants | ) |

**PLAINTIFF'S STATUS REPORT**

I have received the status report of U. S. Attorney and agree with its contents.

The present status of the case is that I filed with him a motion for summary judgment based on 'issue preclusion' and he has filed a cross factual motion for which I have asked time with his assent to respond until March 27, 2006. When I have finished my response, we both would suggest as hearing.

Respectfully submitted,

```
                              The Plaintiff
                              By his Attorney


                              /s/ Sanford A. Kowal
   _____
                              Sanford A. Kowal
                              BBO No. 278420
                              56 Chestnut Hill Avenue
                              Boston, Ma. 02135
                              617 562 8100
                              E-mail: SANKOW@MSN.COM
```

2