UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DocketNo.04cv11468
DPW

| | |
|---|---|
| LUCIA ENICA | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANTHONY J._ PRINCIPI, as he is Secretary of Veterans Affairs of the Department of Veterans Affairs, | ) ) |
| Defendant. | ) |
| | ) |

### Motion To Strike Portions of Affidavit of William Warfield Exhibit U of Defendant

I. Now comes the plaintiff and moves to strike the following paragraphs of the affidavit of William Warfield, Exhibit U of the defendant (set forth below) on the grounds that on their face they are not of the personal knowledge of the affiant within the meaning of the Rule 56 notwithstanding the affiant's assertion to the contrary:

   7. 10, 11.

II. Reasons: Each said paragraph describes actions and decisions of a third party on its face, not those of the affiant.

By her Attorney,

/s/Sanford A. Kowal

Sanford A. Kowal

56 Chestnut Hill Ave.

Boston, Ma. 02135

617 562 8100

**'Copy of Affidavit'**

I, William Warfield, hereby state as follows:

1. I am over the age of 1.8, and am mentally competent to testify as to the matters contained in this affidavit.
2. The information contained in this affidavit is based upon my personal. knowledge.
3. 1 make this affidavit knowingly and voluntarily_
4. 1 am the Chief of Human Resource Services for the Veteran Affairs ("VA") Boston Healthcare system_
5. 1n December 2002, Dr. Robert W. McCarley sought authority from the VA to hire a full-time Nurse Practitioner *in the* Outpatient Mental. Health Clinic on the Jamaica Plain campus, which he eventually received.
6. From February 14, 2003, to March 7, 2003, the VA posted *an announcement for* the Nurse Practitioner position, to which seven people *from the VA's applicant supply file* were referred.
7. Dr. McCarley decided, however, not to fill the Nurse Practitioner position, but, instead, to recruit a Clinical Nurse specialist.
8. From *June* 5, 2003, to June 26, 2003, the VA posted the Clinical Nurse Specialist vacancy announcement_
9. Ms. Enica and one other *person applied* for the Clinical *Nurse* Specialist position.

10. *Again, Dr. McCarley decided* not *to fill the vacancy.*

11. *Dr.* McCarley determined that it was more economical for the *VA* to combine the funds available for *the Clinical* Nurse specialist position with *other funds available to* hire a psychiatrist tar-the Clinic. Indeed, Dr. McCarley determined that this course of action would save the V.A. $39,000 a year.

12. After the VA approved Dr. McCarley's request to hire a psychiatrist, it posted the position in different mediums.   .

13. On March 9, 2004, Dr. Harriet Scheft for the vacant psychiatrist position, and the VA later appointed Dr. Scheft to the position an April 1B, 2004.

Signed this 31th day of January penalties of perjury

, 2006, under the pains and

*[signature]*
William Warfield