```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
LUCIA ENICA,                  )
                              )
     Plaintiff,               )
                              )    Docket No. 04CV11468-DPW
     v.                       )
                              )
ANTHONY J. PRINCIPI, Secretary)
of Veterans Affairs of the    )
Department of Veterans        )
Affairs,                      )
                              )
     Defendant.               )
                              )
_____)
```

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF HIS CROSS-MOTION FOR SUMMARY JUDGMENT (ASSENTED TO)**

Defendant, Anthony J. Principi, the Secretary of the Department of Veteran Affairs, by his attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, hereby move for leave to file a brief reply memorandum in support of its Cross-Motion for Summary Judgment. The government believes that the brief memorandum clarifies the issues before the Court and will assist it in reaching a decision on the pending motions for summary judgment. Counsel for the Plaintiff assents to this motion.

```
                         Respectfully submitted,

                         Michael J. Sullivan
                         United States Attorney

                    BY:  /s/ Damian W. Wilmot
                         DAMIAN W. WILMOT
                         Assistant U.S. Attorney
                         Moakley Federal Courthouse
                         One Courthouse Way, Suite 9200
```

```
                                        Boston, MA 02110
Dated: April 12, 2006                   (617) 748-3398
```

## CERTIFICATE OF SERVICE

    I certify that on April 12, 2006, I caused a copy of the foregoing document to be served on Plaintiff's Attorney, Sanford Kowal, 56 Chestnut Hill Avenue, Boston MA 02135, by first class mail, postage pre-paid.

```
                                         /s/ Damian W. Wilmot
                                        DAMIAN W.  WILMOT
                                        Assistant U.S. Attorney
```

## CERTIFICATION UNDER L.R. 7.1

    I certify that in accordance with Local Rule 7.1, on April 12, 2006, I have conferred with Plaintiff's counsel and he assents to the above motion.

```
                                         /s/ Damian W. Wilmot
                                        DAMIAN W. WILMOT
                                        Assistant U.S. Attorney
```