UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUCIA ENICA,            )<br>    Plaintiff,        )<br>                         )<br>        v.               )<br>                         )<br>ANTHONY J. PRINCIPI, Secretary )<br>of Veterans Affairs of the   )<br>Department of Veterans        )<br>Affairs,                 )<br>    Defendant.           ) | CIVIL ACTION NO.<br>04-11468-DPW |

## JUDGMENT

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated May 30, 2006, denying Plaintiff's Motion for Summary Judgment and granting the Defendant's Cross-Motion for Summary Judgment, for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendant against the Plaintiff.**

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: May 30, 2006