UNITED STATES OF AMERICA
DISTRICT COURT FOR THE EASTERN DISTRICT OF MASSACHUSETTS

Docket No.
04CV 11468

| | |
|---|---|
| **Lucia Enica** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| **Anthony J. Principi as he is** | ) |
| **Secretary of Veterans Affair** of the | ) |
| Department of Veteran Affairs, and | ) |
| The **Department of Veteran Affairs of** | ) |
| **The United States** | ) |
| | ) |
| Defendants | ) |

**CERTIFICATE PURSUANT TO FRAP 10(b)(1)(B)**

I shall not order a transcript since there was no trial.

/s/ Sanford A. Kowal

Sanford A. Kowal
Counsel for the Plaintiff
56 Chestnut Hill Ave.
Boston, Ma. 02135
617 562 8100