UNITED STATES OF AMERICA
DISTRICT COURT FOR THE EASTERN DISTRICT OF MASSACHUSETTS

Docket No.
04CV 11468

| | |
|---|---|
| **Lucia Enica** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **Anthony J. Principi as he is** | ) |
| **Secretary of Veterans Affair** of the | ) |
| Department of Veteran Affairs, and | ) |
| The **Department of Veteran Affairs of** | ) |
| **The United States** | ) |
| | ) |
| | ) |
| Defendants | ) |
| | ) |

**NOTICE OF APPEAL TO THE FIRST CIRCUIT COURT OF APPEALS
FROM A JUDGMENT OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERRN DISTRICT OF MASSACHUSETTS**

    Notice is hereby given that the plaintiff, Lucia Enica, appeals to the United States Court of Appeals for the First Circuit as to all Defendants, from a final Judgment of the District Court of the District of Massachusetts, Eastern District, entered in this action on May 30, 2006, denying plaintiff's Motion for Summary Judgment and allowing the Defendant's Cross Motion for Summary Judgment as to all issues a copy of which Judgment is attached hereto and made a part hereof.

/S/ Sanford A. Kowal
_____

Sanford A. Kowal
Counsel for the Plaintiff
56 Chestnut Hill Ave.
Boston, Ma. 02135
617 562 8100