APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11468-DPW

Enica v. Principi et al
Assigned to: Judge Douglas P. Woodlock
Cause: 29:0794 Job Discrimination (Handicap)

Date Filed: 06/28/2004
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Lucia Enica**    represented by **Sanford A. Kowal**
56 Chestnut Hill Road
Boston, MA 02135
617-562-8100
Fax: 617-562-0069
Email: sankow@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Anthony J. Principi**
*as he is Secretary of Veterans Affair of the Department of Veteran Affairs*

represented by **Damian W. Wilmot**
U.S. Attorney's Office
John Joseph Moakley United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3398
Fax: 617-748-3969
Email: damian.wilmot@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Department of Veteran Affairs**    represented by **Damian W. Wilmot**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |

| 06/28/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 56929, filed by Lucia Enica.(Rynne, Michelle) (Entered: 06/30/2004) |
|---|---|---|
| 06/28/2004 |  | Summons Issued as to Department of Veteran Affairs, Anthony J. Principi. (Rynne, Michelle) (Entered: 06/30/2004) |
| 06/28/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Rynne, Michelle) (Entered: 06/30/2004) |
| 08/06/2004 | 2 | AMENDED COMPLAINT against Department of Veteran Affairs, Anthony J. Principi , filed by Lucia Enica.(Rynne, Michelle) (Entered: 08/09/2004) |
| 08/31/2004 | 3 | SUMMONS Returned Executed by Lucia Enica. Anthony J. Principi served on 8/17/2004, answer due 10/18/2004. (Rynne, Michelle) (Entered: 09/01/2004) |
| 10/18/2004 | 4 | ANSWER to Amended Complaint by Department of Veteran Affairs, Anthony J. Principi.(Wilmot, Damian) (Entered: 10/18/2004) |
| 10/18/2004 | 5 | NOTICE of Scheduling Conference: Scheduling Conference set for 11/30/2004 at 2:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Greenberg, Rebecca) (Entered: 10/18/2004) |
| 11/22/2004 | 6 | MOTION to Continue Scheduling Conference to 12/9/2004 by Department of Veteran Affairs, Anthony J. Principi.(Wilmot, Damian) (Entered: 11/22/2004) |
| 11/22/2004 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 6 Motion to Continue; Scheduling conference continued to 12/9/04 at 3:00 pm in Courtroom 1. (Rynne, Michelle) (Entered: 11/22/2004) |
| 12/07/2004 | 7 | JOINT STATEMENT of counsel *PURSUANT TO RULE 16.1*. (Wilmot, Damian) (Entered: 12/07/2004) |
| 12/09/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Scheduling Conference held on 12/9/2004. schedule set; discovery by 8/29/05; simultaneous expert disclosure by 5/2/05; responses by 6/6/05 deposition discovery by 8/29/05; dispositive motions by 10/3/05; automatic disclosures to be made forthwith. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 12/09/2004) |
| 12/09/2004 | 8 | Judge Douglas P. Woodlock : ORDER entered SCHEDULING ORDER: Status Conference set for 12/6/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Discovery due by 8/29/2005. Motions due by 10/31/2005. Status report due 11/26/05.(Rynne, Michelle) (Entered: 12/09/2004) |
| 12/28/2004 | 9 | CERTIFICATE OF CONSULTATION *PURSUANT TO LOCAL RULE 16.1(D)(3)* by Damian W. Wilmot on behalf of all defendants. (Wilmot, Damian) (Entered: 12/28/2004) |

| 08/26/2005 | 10 | MOTION for Extension of Time to 11/28/2005 to pretrial deadline by Department of Veteran Affairs.(Wilmot, Damian) (Entered: 08/26/2005) |
|---|---|---|
| 09/08/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 10 Motion for Extension of Time. Discovery due 11/28/05; Dispositive motions due 1/3/06; Further scheduling/status conference reset to 2/23/06 at 2:30 p.m.; Status report due 2/16/05. (Rynne, Michelle) (Entered: 09/08/2005) |
| 09/08/2005 |  | NOTICE of rescheduling Hearing: Further Scheduling/Status Conference reset for 2/23/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 09/08/2005) |
| 12/13/2005 | 11 | Memorandum in support re First MOTION for Summary Judgment by Lucia Enica.(Kowal, Sanford) Modified on 12/14/2005 (Nici, Richard). (Entered: 12/13/2005) |
| 12/13/2005 | 12 | First MOTION for Summary Judgment by Lucia Enica.(Kowal, Sanford) (Entered: 12/13/2005) |
| 12/13/2005 | 13 | Affidavit in support re MOTION for Summary Judgment by Lucia Enica.(Kowal, Sanford) Modified on 12/14/2005 (Nici, Richard). (Entered: 12/13/2005) |
| 12/14/2005 |  | Motions terminated: 11 First MOTION for Summary Judgment filed by Lucia Enica,, 13 First MOTION for Summary Judgment filed by Lucia Enica,. (Nici, Richard) (Entered: 12/14/2005) |
| 12/19/2005 | 14 | EXHIBIT re 12 First MOTION for Summary Judgment by Lucia Enica. (Nici, Richard) (Entered: 12/19/2005) |
| 12/28/2005 | 15 | MOTION for Extension of Time to January 31, 2006 to File Response/Reply *To Plaintiff's Motion For Summary Judgment* by Anthony J. Principi, Department of Veteran Affairs.(Wilmot, Damian) (Entered: 12/28/2005) |
| 01/04/2006 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 15 Motion for Extension of Time to File Response/Reply re 12 First MOTION for Summary Judgment. Responses due by 1/31/2006 (Rynne, Michelle) (Entered: 01/04/2006) |
| 01/31/2006 | 16 | MEMORANDUM in Opposition re 12 First MOTION for Summary Judgment *AND IN SUPPORT OF DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT* filed by Anthony J. Principi, Department of Veteran Affairs. (Attachments: # 1 Exhibit A (Part 1)# 2 Exhibit A (Part 2)# 3 Exhibit B- G# 4 Exhibit H - U)(Wilmot, Damian) (Entered: 01/31/2006) |
| 01/31/2006 | 17 | Cross MOTION for Summary Judgment by Anthony J. Principi, Department of Veteran Affairs.(Wilmot, Damian) (Entered: 01/31/2006) |
| 01/31/2006 | 18 | MOTION for Leave to File *MEMORANDUM IN EXCESS OF 20 PAGES* by Anthony J. Principi, Department of Veteran Affairs.(Wilmot, Damian) |

| | | | |
|---|---|---|---|
| | | | (Entered: 01/31/2006) |
| 01/31/2006 | | 19 | STATEMENT of facts *IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT*. (Wilmot, Damian) (Entered: 01/31/2006) |
| 02/02/2006 | | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 18 Motion for Leave to File excess pages. (Rynne, Michelle) (Entered: 02/02/2006) |
| 02/16/2006 | | 20 | STATUS REPORT by Anthony J. Principi, Department of Veteran Affairs. (Wilmot, Damian) (Entered: 02/16/2006) |
| 02/20/2006 | | 21 | MOTION for Extension of Time to respond to cross summary judgment by Lucia Enica.(Kowal, Sanford) (Entered: 02/20/2006) |
| 02/20/2006 | | 22 | MOTION for Extension of Time to April 13, 2006 to status and hear s. j. motions by Lucia Enica.(Kowal, Sanford) (Entered: 02/20/2006) |
| 02/20/2006 | | 23 | STATUS REPORT by Lucia Enica. (Kowal, Sanford) (Entered: 02/20/2006) |
| 02/21/2006 | | | Judge Douglas P. Woodlock : Electronic ORDER entered denying 22 Motion for continue status conference. Status conference remains as previously set for 2/23/06 at 2:30 p.m. (Rynne, Michelle) (Entered: 02/21/2006) |
| 02/23/2006 | | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Status Conference held on 2/23/2006, 21 MOTION for Extension of Time to respond to cross summary judgment filed by Lucia Enica - Allowed. Responses due by 3/27/2006. Motion Hearing re: 12 First MOTION for Summary Judgment, 17 Cross MOTION for Summary Judgment set for 4/14/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 02/23/2006) |
| 03/27/2006 | | 24 | AFFIDAVIT in Opposition re 17 Cross MOTION for Summary Judgment filed by Lucia Enica. (Kowal, Sanford) (Entered: 03/27/2006) |
| 03/27/2006 | | 25 | MEMORANDUM in Opposition re 17 Cross MOTION for Summary Judgment filed by Lucia Enica. (Kowal, Sanford) Additional attachment(s) added on 3/27/2006 (Nici, Richard). Additional attachment(s) added on 3/27/2006 (Nici, Richard). Additional attachment(s) added on 3/27/2006 (Nici, Richard). (Entered: 03/27/2006) |
| 03/27/2006 | | 26 | **** Duplicate filing ****Opposition re 17 Cross MOTION for Summary Judgment filed by Lucia Enica. (Kowal, Sanford) Modified on 3/27/2006 (Nici, Richard). (Entered: 03/27/2006) |
| 03/27/2006 | | 27 | Opposition re 17 Cross MOTION for Summary Judgment filed by Lucia Enica. (Kowal, Sanford) (Entered: 03/27/2006) |
| 03/27/2006 | | 28 | MOTION to Strike by Lucia Enica.(Kowal, Sanford) (Entered: 03/27/2006) |

| | | |
|---|---|---|
| 03/27/2006 | 🔍 | Notice of correction to docket made by Court staff. Correction: docket entry #26 corrected because: it is a duplicate entry. (Nici, Richard) (Entered: 03/27/2006) |
| 03/27/2006 | 🔍 | Notice of correction to docket made by Court staff. Correction: docket entry #25 corrected because: wrong document was attached (Nici, Richard). (Entered: 03/27/2006) |
| 03/29/2006 | 🔍 | NOTICE of Rescheduling Hearing on Motions: 12 First MOTION for Summary Judgment, 17 Cross MOTION for Summary Judgment: Motion Hearing reset for 5/24/2006 01:45 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 03/29/2006) |
| 04/12/2006 | 🔍 29 | Assented to MOTION for Leave to File *REPLY MEMORANDUM* by Anthony J. Principi, Department of Veteran Affairs.(Wilmot, Damian) (Entered: 04/12/2006) |
| 04/12/2006 | 🔍 30 | REPLY to Response to Motion re 17 Cross MOTION for Summary Judgment filed by Anthony J. Principi, Department of Veteran Affairs. (Wilmot, Damian) (Entered: 04/12/2006) |
| 04/25/2006 | 🔍 | Judge Douglas P. Woodlock : Electronic ORDER entered granting 29 Motion for Leave to File reply. (Rynne, Michelle) (Entered: 04/25/2006) |
| 05/24/2006 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion Hearing held on 5/24/2006 re 12 First MOTION for Summary Judgment filed by Lucia Enica, 17 Cross MOTION for Summary Judgment filed by Anthony J. Principi, Department of Veteran Affairs, 28 MOTION to Strike filed by Lucia Enica. Parties may file supplemental filings by 5/26/06. Motions taken under advisement. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 05/26/2006) |
| 05/25/2006 | 🔍 33 | Answer to interrogatories by Lucia Enica. (Nici, Richard) (Entered: 06/07/2006) |
| 05/25/2006 | 🔍 34 | Letter/request (non-motion) from Sanford Kowal. (Nici, Richard) (Entered: 06/07/2006) |
| 05/25/2006 | 🔍 35 | Letter/request (non-motion) from Sanford Kowal. (Nici, Richard) (Entered: 06/07/2006) |
| 05/30/2006 | 🔍 31 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered denying 28 plaintiff's Motion to Strike, denying 12 plaintiff's Motion for Summary Judgment, granting 17 defendant's Motion for Summary Judgment. (Woodlock, Douglas) (Entered: 05/30/2006) |
| 05/30/2006 | 🔍 32 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT in favor of Defendant against Plaintiff.(Rynne, Michelle) (Entered: 05/30/2006) |
| 07/19/2006 | 🔍 36 | TRANSCRIPT ORDER FORM by Lucia Enica for proceedings held on None before Judge None, (Kowal, Sanford) (Entered: 07/19/2006) |

| 07/19/2006 | 37 | NOTICE OF APPEAL by Lucia Enica. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/8/2006. (Kowal, Sanford) (Entered: 07/19/2006) |
| --- | --- | --- |
| 07/25/2006 | | Receipt#73924 $455 for Notice of Appeal. (Nici, Richard) (Entered: 07/26/2006) |